IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CASSANDRA R. (MINIYA) MINIARD                                                    PLAINTIFF

v.                                                            CIVIL ACTION NO.  1:25-cv-0064-GHD-RP

VICTORY MARKETING, LLC
d/b/a SPRINT MART                                                              DEFENDANT

### ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the Court finds that the Report and Recommendation [23] of the United States Magistrate Judge dated October 24, 2025, regarding the dismissal without prejudice of the Plaintiff's claims for failure to prosecute and failure to comply with an order of the Court, was on that date duly served upon counsel for the Plaintiff and counsel of record for the Defendant; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party.  The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.

The Court therefore **ORDERS** the following:

1) the Report and Recommendation [23] of the United States Magistrate Judge dated October 24, 2025, is hereby approved and adopted as the opinion of the Court; and

2) The Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for failure to prosecute or comply with a Court Order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED, this, the 21st day of November 2025.

_____
SENIOR U.S. DISTRICT JUDGE